

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Mark Bradford, Mike Curtis, Stephen Duncombe, and Larry Nikel, Appellants<br><br>No. 06-23-00043-CV     v.<br><br>Coy Clayton, Katie Clayton, and Christopher Clayton, Appellees | Appeal from the 278th District Court of Walker County, Texas (Tr. Ct. No. 2130058). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating. |

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, Mark Bradford, Mike Curtis, Stephen Duncombe, and Larry Nikel, pay all costs incurred by reason of this appeal.

RENDERED MAY 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk